# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE SOLID WASTE DISPOSAL AUTHORITY OF THE CITY OF MOBILE, ALABAMA,** | * * * * |
| Plaintiff, | * * |
| vs. | * CIVIL ACTION NO. 18-00438-KD-B |
| **WM MOBILE BAY ENVIRONMENTAL CENTER, INC.,** *et al.*, | * * * * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 6, 2019 (Doc. 20) is **ADOPTED** as the opinion of this Court.

Accordingly, Defendant Waste Away Group, Inc.'s motion to dismiss fraudulently-joined defendant (Doc. 2) is **DENIED**, and Plaintiff The Solid Waste Disposal Authority of the City of Mobile, Alabama's motion to remand (Doc. 8) is **GRANTED**.

This action is remanded to the Circuit Court of Mobile County, Alabama.

**DONE** this 23rd day of August 2019.

                                        **s/ Kristi K. DuBose**
                                        **KRISTI K. DuBOSE**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**